LUKE, Respondent, v. TUMPOWSHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by John B. Luke against Lena S. Tumpowshy. No opinion. Judgment affirmed, with costs.

McCHESNEY, Respondent, v. MOHAWK CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Peter McChesney against the Mohawk Condensed Milk Company. No opinion. Order affirmed, with $10 costs and disbursements.

McCOY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Ryerson McCoy against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed in favor of the defendant upon the nonsuit, with costs to the defendant. See Lane v. New York Cent. & H. R. R. Co., 93 App. Div. 40, 86 N. Y. Supp. 947.

McDERMOTT, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Michael McDermott against the Interurban Street Railway Company. G. G. Smith, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., and INGRAHAM, J., dissent.

McDONALD, Respondent, v. ECUADORIAN ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by James McDonald against the Ecuadorian Association. No opinion. Motion denied.

In re McELVERY. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) In the matter of the judicial settlement of the account of John McElvery of the goods, chattels, and credits of Mary Kelly, deceased.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal and serve the printed papers within 10 days. On compliance with these conditions, the motion is denied, without costs.

In re McELVERY. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) In the matter of the judicial settlement of the accounts of John McElvery, as administrator, etc., of Mary Kelly, deceased. No opinion. Motion denied, with $10 costs.

McLAUGHLIN, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Sylvester H. McLaughlin against Edgar R. Jackson. No opinion. Judgment of the Municipal Court affirmed, with costs.

McMANUS, Respondent, v. ST. REGIS PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Charles McManus, an infant, etc., against the St. Regis Paper Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the trial court erred in refusing to charge that, if the plaintiff knew or ought to have known that the guard was off the machine, he assumed the risk of the accident which befell him and cannot recover; also held, that it was error to refuse to charge that the failure of the superintendent of the mill to replace the guard was the negligence of a competent fellow servant of the plaintiff, for which the defendant cannot be charged with negligence, if they so find, for the reason that the replacing of it is a mere detail of the work; also held that, the action having been tried as one to recover upon a common-law liability, the rules governing such actions must be held to apply upon this appeal.

SPRING, J., dissents.

McNAMARA, Appellant, v. WALLACE, Respondent. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by John McNamara against Archer B. Wallace. No opinion. Motion for resettlement of order granted.

MacPHERSON, Respondent, v. HAMILTON, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Mary MacPherson against Catherine Woolley Hamilton. No opinion. Order affirmed, with $10 costs and disbursements.

McQUINNEY, Appellant, v. WILLIAMSBURGH SAV. BANK, Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Kate McQuinney, as executrix, etc., of David McQuinney, deceased, against the Williamsburgh Savings Bank. No opinion. Order affirmed, with $10 costs and disbursements.

MADDEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Charles R. Madden against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order of reversal (90 N. Y. Supp. 261) resettled and amended, so as to recite that the appeal herein was taken from a judgment and order of the Ontario County Court, instead of from the Supreme Court, and by stating that said reversal was upon questions of law only; the facts having been examined and no error found therein.

MAEDER v. WEXLER. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Frederick J. Maeder against Adolph Wexler. No opinion. Motion granted.